IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

CLARENCE HENRY DIXON,

      Petitioner,                      No. CIV S-09-0513 GEB KJM P

   vs.

JAMES A. YATES,

      Respondent.                 <u>ORDER</u>

_____/

      Petitioner has filed a document which appears to be an amended application for writ of habeas corpus. Respondent has answered the original petition, and plaintiff has not been granted leave to file an amended application. The amended application (#21) shall be placed in the court's file and disregarded.

DATED: October 29, 2009.

_____
U.S. MAGISTRATE JUDGE

1
dixo0513.ama