IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

CLARENCE HENRY DIXON,

    Petitioner,               No. CIV S-09-0513 GEB KJM P

  vs.

JAMES A. YATES, et al.,

    Respondents.            ORDER

_____/

        Petitioner has filed a document which appears to be an amended petition for writ of habeas corpus. Respondent has answered the original petition, and petitioner has not been granted leave to file an amended petition. Therefore, the amended petition (#27) shall be placed in the court's file and disregarded.

DATED: December 3, 2009.

                                      U.S. MAGISTRATE JUDGE

1
dixo0513.ama(2)