IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CLARENCE HENRY DIXON,<br><br>                    Petitioner,<br><br>     vs.<br><br>JAMES A. YATES,<br><br>                    Respondent. | Case No. 2:09-cv-00513-JKS<br><br><br>ORDER |

    The Lodged Documents in this case do not include a full transcript of the trial proceedings. The Respondent is hereby ordered to furnish the Clerk's Office with a full transcript of the proceedings before the trial judge.

    Dated: September 7, 2010

    /s/ James K. Singleton, Jr.

**JAMES K. SINGLETON, JR.**
United States District Judge